AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

UNITED STATES OF AMERICA, ON BEHALF OF ITS
AGENCY SECRETARY OF U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
        Plaintiff

CASE NUMBER: 16-cv-09168

ASSIGNED JUDGE: Milton I. Shadur

IVA G GERTS (DECEASED); U.S. BANK NATIONAL ASSOCIATION S/I/I TO FDIC AS RECEIVER FOR PARK NATIONAL BANK, A CORPORATION OF ILLINOIS, DULY AUTHORIZED TO ACCEPT AND EXECUTE TRUSTS WITHIN THE STATE OF ILLINOIS, AS TRUSTEE UNDER THE PROVISIONS OF A CERTAIN TRUST AGREEMENT DATED 16 DAY OF MARCH IN YEAR 2010, AND KNOWN AS TRUST NUMBER 32721; RICHARD E GERTS; UNKNOWN HEIRS AND LEGATEES OF IVA G GERTS; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS

DESIGNATED
MAGISTRATE JUDGE: Sheila Finnegan

TO: (Name and address of Defendant)

U.S. BANK NATIONAL ASSOCIATION S/I/I TO FDIC AS RECEIVER FOR PARK NATIONAL BANK, A CORPORATION OF ILLINOIS, DULY AUTHORIZED TO ACCEPT AND EXECUTE TRUSTS WITHIN THE STATE OF ILLINOIS, AS TRUSTEE UNDER THE PROVISIONS OF A CERTAIN TRUST AGREEMENT DATED 16 DAY OF MARCH IN YEAR 2010, AND KNOWN AS TRUST NUMBER 32721;
425 Walnut Street
Cincinnati, OH 45202
Hamilton County

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Ashley K Rasmussen
    Potestivo & Associates, P.C.
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_Jacquline Hallimon_ (signature)

(By) DEPUTY CLERK

September 23, 2016

DATE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; et seq.

CASE NO. 16-CV-09168
5818 N FAIRFIELD AVE
CHICAGO, IL 60659

VS.

IVA G. GERTS (DECEASED), ET AL,

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: SUMMONS AND COMPLAINT

DEFENDANT TO BE SERVED: U.S. BANK NATIONAL ASSOCIATION S/I/I TO FDIC AS RECEIVER FOR PARK NATIONAL BANK, A CORPORATION OF ILLINOIS, DULY AUTHORIZED TO ACCEPT AND EXECUTE TRUSTS WITHIN THE STATE OF ILLINOIS, AS TRUSTEE UNDER THE PROVISIONS OF A CERTAIN TRUST AGREEMENT DATED 16 DAY OF MARCH IN YEAR 2010 AND KNOWN AS TRUST NUMBER 32721

SERVED the within named defendant on 09 / 29 / 2016 @ 3:40 PM

ADDRESS WHERE ATTEMPTED OR SERVED    425 WALNUT ST
                                     CINCINNATI, OH 45202

THE HAIR, HEIGHT, WEIGHT, SEX, RACE/SKIN TONE, AND APPROXIMATE AGE OF THE DEFENDANT AND/OR OTHER PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
HAIR: BROWN  HEIGHT: 5FT 4IN - 5FT 7IN  WEIGHT: 131LBS - 150LBS  SEX: FEMALE  RACE/SKIN TONE: WHITE  APPROXIMATE AGE: 21 - 25

( )   INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally.
( )   SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with : _____ (Relationship) _____, a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.
(X)   CORPORATE OR GOVERNMENT SERVICE by leaving a copy of the process with: LISA BOSKEN
      (Title): AUTHORIZED AGENT, a person authorized to accept service and informed that person of the contents thereof.

( )   NON-SERVICE for reason that after diligent investigation found.

( )   Posted on on ___ / ___ / ___ @ ___ AM/PM

I asked this person whether the defendant is on active duty, or is a dependent of anyone on active duty, in any of the Uniformed Services of the United States of America and obtained the following results:
( ) Military Status      ( ) Refused      ( ) No      ( ) Yes      Branch: _____

Additional Comments:

I hereby certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served, and/or am otherwise duly authorized to have served process in the jurisdiction where process was served.

X _____                                STATE OF Ohio
Server's signature   ProVest Case id #       COUNTY OF Hamilton
JANA M. NELL
Server's printed name                        Sworn to or affirmed and signed before me on this
HAMILTON / COURT APPOINTED                   20 day of Oct. 2016
County of authority   Server#/Badge #/Appointed/Not applicable   (Day)   (Month)   (Year)

Server's Agency name (if applicable)         _____
                                             Signature of Notary Public
Server's address (or agency's address if applicable)   Theresa M. Etris
513-708-9402                                 Printed Name of Notary Public
Server's telephone number
                                    (Seal)   personally known _____ as identification

ProVest, LLC - Illinois
1 East 22nd Street, Suite 120 Lombard, IL 60148-4975 (630) 833-5850

Theresa M. Etris   Client File Number: C14-11876
Notary Public, State of Ohio   ProVest Case id # 4706591
My Commission Expires 02-20-2019   Court Case No. 16-CV-09168