UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA on behalf of its agency SECRETARY of the DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAM P BUTCHER AS SPECIAL REPRESENTATIVE FOR IVA G GERTS (deceased); U.S. BANK NATIONAL ASSOCIATION S/I/I to FDIC as receiver for PARK NATIONAL BANK, a corporation of ILLINOIS, duly authorized to accept and execute trusts within the state of ILLINOIS, as trustee under the provisions of a certain trust agreement dated March 16, 2010, and known as trust number 32721; RICHARD E GERTS; SANDRA J OLSON; VICKI L RAMOS; WILLIAM P BUTCHER as special representative for JACK L GERTS (deceased); JACK T GERTS, KERRY A GERTS, SCOTT J GERTS, SHELLY J OLESEN; unknown heirs and legatees of IVA G GERTS;<br><br>                Defendant. | No. 16-c-9168<br><br>Judge Bucklo |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

The United States of America, by its attorney John R Lausch Jr., Acting United States Attorney for the Northern District of Illinois moves for the Entry of a Judgment of Foreclosure.

Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Judgment Affidavit. (Ex. A, Affidavit of amounts due and owing and Ex. B, Certificate of prove-up of foreclosure fees and costs).

WHEREFORE, the United States moves this Honorable Court for entry of a Judgment of Foreclosure, and for that amount as set forth and made certain in its Judgment Affidavit and Certificate of Prove-up of Foreclosure Fees and Costs.

Respectfully submitted,

JOHN R LAUSCH Jr.
United States Attorney

By: *s/Ashley K Rasmussen*
    Ashley K Rasmussen
    Attorney for the United States
    arasmussen@potestivolaw.com
    223 W. Jackson Blvd., Suite 610
    Chicago, Illinois 60606
    (312) 263-0003